# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2022 KW 0291

VERSUS

DOUGLAS CARTER                                             **JUNE 6, 2022**

---

In Re:    Douglas Carter, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Assumption, No. 92-
          08.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

   **WRIT DENIED.**

                              PMc
                              JEW
                              MRT

COURT OF APPEAL, FIRST CIRCUIT

_9·Sന_
_____
DEPUTY CLERK OF COURT
    FOR THE COURT